NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ENTRESTO (SACUBITRIL/VALSARTAN)**

--------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants-Appellees*

--------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

--------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III, MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

————————————

2023-2218, 2023-2219, 2023-2220, 2023-2221

————————————

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, and 1:20-md-02930-RGA, Judge Richard G. Andrews.

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee*

————————————

2023-2260

————————————

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:19-cv-00201-TSK, Chief Judge Thomas S. Kleeh.

————————————

# O R D E R

Novartis Pharmaceuticals Corporation and Mylan Pharmaceuticals Inc. submit a joint stipulation to dismiss

Appeal No. 2023-2260 pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, agreeing that each bear its own costs with respect to Appeal No. 2023-2260.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal No. 2023-2260 is deconsolidated from Appeal Nos. 2023-2218, 2023-2219, 2023-2220, and 2023-2221, and Appeal No. 2023-2260 is dismissed. Each side shall bear its own costs regarding Appeal No. 2023-2260.

(2) The stay in Appeal Nos. 2023-2218, 2023-2219, 2023-2220, and 2023-2221 is lifted.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal Nos. 2023-2218, 2023-2219, 2023-2220, and 2023-2221.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 6, 2024
     Date

ISSUED AS A MANDATE (as to Appeal No. 2023-2260 only): March 6, 2024